IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

    Plaintiff,

vs.                                     CASE NO. 5:11-cv-202/RS-EMT

BAY COUNTY SHERIFF'S OFFICE,
et al.,

    Defendants.
_____/

**ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute or failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on February 13, 2012.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**